District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, PORT OF GRAYS HARBOR, AND ENDURIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES ARMY CORPS OF ENGINEERS, and MAB 6 UK, inclusive,<br><br>Defendants. | C20-05038 TSZ<br><br>STIPULATED MOTION FOR RELIEF FROM DEADLINES AND ORDER<br><br>Noted for Consideration:<br><br>December 28, 2020. |

COMES NOW Plaintiffs, Lexington Insurance Company, Port of Grays Harbor, and Enduris, by and through their attorney, Zachary P. Marks, and Defendant, the United States of America, United States Department of the Army and the United States Army Corps of Engineers, by and through its counsel, Matt Waldrop (the "Parties"), and jointly request the Court enter an order vacating the remaining case deadlines and establishing a joint status report deadline of March

STIPULATED MOTION FOR RELIEF FROM DEADLINES
AND ORDER   [C20-05038 TSZ] 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

29, 2021 for the parties to either finalize a settlement or provide the Court with a revised case schedule.

In support of this stipulated motion, the parties state that they are working on a release agreement for a settlement-in-principal and resetting the remaining case deadlines and establishing a joint status report deadline will allow that work to continue while deferring the cost and expense of litigation. Additionally, Plaintiffs are still attempting to serve Defendant MAB 6 UK.

The parties hereby jointly request the Court vacate the remaining case deadlines set forth in the Court's July 8, 2020 Minute Order (dkt. 33) and set a joint status report deadline for March 29, 2021.

**SO STIPULATED**.

Dated this 28th day of December, 2020.

                              *s/ Zachary P. Marks*
                              Zachary P. Marks, WSBA# 55693
                              DENENBERG TUFFLEY, PLLC
                              1900 Avenue of the Stars, Suite 300
                              Los Angeles, CA 90067
                              Ph: (310) 356-4684
                              Fax: (310) 284-9089
                              Email: zmarks@dt-law.com

                              Attorney for Plaintiffs

**SO STIPULATED**.

Dated this 28th day of December, 2020.

                              BRIAN T. MORAN
                              United States Attorney

                              *s/ Matt Waldrop*
                              MATT WALDROP, Ga. Bar # 349571
                              Assistant United States Attorney

STIPULATED MOTION FOR RELIEF FROM DEADLINES      UNITED STATES ATTORNEY
AND ORDER   [C20-05038 TSZ] 2      700 STEWART STREET, SUITE 5220
      SEATTLE, WASHINGTON 98101
      (206) 553-7970

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

---

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

Attorney for Defendant

STIPULATED MOTION FOR RELIEF FROM DEADLINES AND ORDER [C20-05038 TSZ] 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 29 day of Dec, 2020.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION FOR RELIEF FROM DEADLINES
AND ORDER [C20-05038 TSZ] 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970