UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; PORT OF GRAYS HARBOR; and ENDURIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES ARMY CORPS OF ENGINEERS; and MAB 6 UK,<br><br>        Defendants. | C20-5038 TSZ<br><br>ORDER |

Counsel having advised the Court in their Joint Status Report, docket no. 37, that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed by November 1, 2021.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 30th day of March, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1